**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

CAROLOS FERNANDO REIXACH
MUREY, as Administrator for the
Estate of Carlos lens Fernandez, a/k/a
Carlos Lens,

     Plaintiff,

v.

THE CITY OF CHICKASAW, et al.,

     Defendants.

CIVIL ACTION NO.:  CV-2018-901354

**<u>INDEX OF DOCUMENTS</u>**

| TAB NO. | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 1. | 05/26/18 | Civil Cover Sheet |
| 2. | 05/26/18 | Complaint |
| 3. | 05/26/18 | Complaint Transmittals |
| 4. | 05/26/18 | Summons to City of Chickasaw, Reynolds and Robinson |
| 5. | 05/29/18 | Pre-Trial Order |
| 6. | 06/05/18 | Service Return – Michael Reynolds |
| 7. | 06/05/18 | Service Return – Transmittal (Michael Reynolds) |
| 8. | 06/08/18 | Service Return – City of Chickasaw |
| 9. | 06/08/18 | Service Return – C. Robinson |
| 10. | 06/08/18 | Service Return – Transmittal (City of Chickasaw) |
| 11. | 06/08/18 | Service Return – Transmittal (C. Robinson) |
| 12. | 06/15/18 | Notice of Filing of Notice of Removal |
| 13. | 06/15/18 | Alabama SJIS Case Action Summary |

# Exhibit 1

ELECTRONICALLY FILED
5/26/2018 5:20 PM
02-CV-2018-901354.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>02<br><br>Date of Filing:<br>05/26/2018 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**CARLOS FERNANDO REIXACH MUREY v. CITY OF CHICKASAW, ALABAMA ET AL**

**First Plaintiff:** ☐ Business ☐ Individual ☐ Government ☑ Other

**First Defendant:** ☐ Business ☐ Individual ☑ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☑ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatory
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO     Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
RON007

5/26/2018 5:20:12 PM
Date

/s/ ROBERT EARL RONE
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

# Exhibit 2

DOCUMENT 2

ELECTRONICALLY FILED
5/26/2018 5:20 PM
02-CV-2018-901354.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## CIVIL DIVISION

| | |
|---|---|
| CARLOS FERNANDO REIXACH MUREY, as Administrator for the Estate of Carlos Lens Fernandez, a/k/a Carlos Lens,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF CHICKASAW, ALABAMA; MICHAEL E. REYNOLDS, former Police Chief of Chickasaw, Ala.; OFFICER C. ROBINSON of the Chickasaw Police Department and A, B, C, D, E, F, G or H, the persons employed by or acting on behalf of, or as agents of, the City of Chickasaw, Alabama and who interacted with Carlos Lens, directly or indirectly, on or about May 27, 2016 and whose acts or omissions contributed to Carlos Lens' death and whose true names and legal identities are otherwise unknown to the Plaintiff at this time but will be added by amendment when ascertained, individually, and jointly,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br>)  CV-2018-_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  JURY DEMAND<br>)<br>)<br>) |

## <u>COMPLAINT</u>

**COMES NOW** the plaintiff, Carlos Fernando Reixach Murey, as Personal

Representative of the Estate of Carlos Lens Fernandez a/k/a Carlos Lens, a decedent

who died, while incarcerated in the Chickasaw City Jail, as a result of the actions or

omissions of the defendants. This action is brought pursuant to the U.S. and

Alabama Constitutions and Alabama law, to recover civil damages arising from the wrongful death of Carlos Lens.

## Jurisdiction and Venue

This action arises under the Fourteenth Amendment to the U.S. Constitution, the Alabama Constitution and Alabama law.   The Court has jurisdiction over this matter as all of the relevant events occurred within Mobile County, Alabama and the Chickasaw City Clerk was given written notice on November 22, 2016 of the claims related to the death of Carlos Lens.

## Agency

Defendants named herein as well as fictitious parties to be named later were or may be the principal or the agents of the other defendants in the commission of the alleged acts, whether acting singularly, severally, or concurrently in performing the acts complained of herein.   Whenever it is alleged that a defendant committed an act, it is also meant that the defendant(s) committed said acts on behalf of its principal, or committed the acts through its officers, employees, staff, directors, agents, servants, or representatives, acting with full authority, by virtue of express, apparent, or implied authority and agency within the course and scope of any employment and/or with full ratification by the other defendant(s) of the acts complained of by Plaintiff.

## Parties

1.    Carlos Fernando Reixach Murey is over the age of nineteen (19) and is a son of Carlos Lens. He is the duly appointed Personal Representative of the Estate of Carlos Lens Fernandez (hereinafter "Carlos Lens" or "the deceased"), having been appointed such by the Probate Court of Mobile County and who is authorized to bring this action pursuant to Alabama Code § 43-2-843 (1975).

2.    Defendant, The City of Chickasaw, Alabama (hereinafter "City of Chickasaw") is a municipal corporation with its boundaries located in Mobile County, Alabama, and is subject to the jurisdiction of this Court. The City is the entity upon whose authority Carlos Lens was arrested and detained at the Chickasaw City Jail.

3.    Defendant, Michael E. Reynolds (hereinafter "Reynolds") was, at all times pertinent to the claims made herein, the Chief of Police for the City of Chickasaw and the ultimate policymaker, responsible for operation and management of the Chickasaw City Jail and the Chickasaw Police Department. Reynolds had a duty and obligation to protect the safety and attend to the medical needs of detainees in the Chickasaw City Jail at the time Carlos Lens was detained there.    Reynolds, at the times pertinent to the claims made herein was responsible for supervising, monitoring and instructing the Chickasaw police officers and jail

3

staff personnel, and ensuring that the staff conducted themselves and operated the Chickasaw City Jail in accordance with the laws, standards, policies, and procedures applicable to Alabama Police Officers and the operations of the Chickasaw City Jail facility, including without limitation, state and federal law and the policies and procedure manual or the SOP manual for the Chickasaw Jail Facility.

4.      Defendant, Officer C. Robinson (first name unknown at this time), a white female, was a police officer on duty at the Chickasaw City Jail at the time of Carlos Lens' death and was one of those responsible for monitoring Carlos Lens' safety and condition during the time he was detained at the Chickasaw City Jail.

5.      Fictitious Party Defendants A, B, C, D, E, F, G, and H are police officers, police supervisors, jail employees, jail supervisors, or other persons who were employed by, or acting on behalf of, the City of Chickasaw on the date of Carlos Lens' death and whose actions or omissions contributed to the death of Carlos Lens. The true identities of Defendants A through H are unknown to the Plaintiff at this time but will be substituted by amendment when ascertained.

### Facts and Allegations

6.      On or about the early morning hours of May 27, 2016, Carlos Lens was detained by officers of the Chickasaw Police Department at or near the intersection of West Lee Street and I-65 and was arrested for driving under the influence.

4

7.    City of Chickasaw police officers took Carlos Lens to the Chickasaw City Jail where he was held, pursuant to and upon the City's authority.

8.    The City of Chickasaw detained Carlos Lens in its jail on May 27, 2016 until he was found dead in his jail cell by Officer C. Robinson early that morning.

9.    There were no medical personnel on duty in the Chickasaw City Jail at the time of Carlos Lens' death.

10.    Substantial failure of the defendants to provide adequate jail staff was a proximate cause of Carlos Lens' death.

11.    During the time Carlos Lens was incarcerated, he was not properly monitored.

12.    Substantial failure of the defendants to properly monitor inmates, including Carlos Lens, was a proximate cause of Carlos Lens' death.

13.    Upon information and belief, the jail staff was inadequately trained to recognize when an inmate was in need of medical treatment or to provide emergency medical services for an inmate when necessary.

14.    Upon information and belief, the City of Chickasaw severely underfunded its jail facility and failed to provide for a sufficient number of adequately trained corrections officers and staff and the City of Chickasaw and its police chief were aware of this lack of training and lack of funding, but were

5

deliberately indifferent to the obvious risks to detainees in the facility.

15.   The City of Chickasaw and its police chief have a duty to insure the health and safety of inmates in the Chickasaw City Jail and were aware of said duty.

16.   The City of Chickasaw, through its agents and employees, recklessly and wantonly caused physical injury to Carlos Lens, failed to adequately monitor Carlos Lens, failed to transfer him to a medically adequate facility and failed to adequately respond to the medical emergency that led to his death.

## CLAIMS

### Count 1
### Fourteenth Amendment violations (all of the individual defendants)

17.   The Plaintiff realleges all of the allegations of the foregoing paragraphs and incorporates the same herein by reference.

18.   The individual defendants, including fictitious party defendants, proximately caused the death of Carlos Lens in one or more of the following ways:

a)   participated in the neglect, mistreatment, or abuse of Carlos Lens described hereinabove;

b)   saw and/or knew of the neglect, mistreatment, or abuse of Carlos Lens and failed to take reasonable steps to protect him from such neglect, mistreatment, and abuse.

19.   The defendants' acted with malice or reckless indifference giving rise

6

to Plaintiff's entitlement to punitive damages.

## Count II
## Fourteenth Amendment violations (The City of Chickasaw)

20.    The Plaintiff realleges all of the allegations contained in the foregoing paragraphs and incorporates the same herein by reference.

21.    During the time he was being detained by Chickasaw police officers and during his detention at the Chickasaw City Jail under the authority of the City of Chickasaw, the City owed to Carlos Lens those rights under the Fourteenth Amendment to the U.S. Constitution accorded to all U.S. citizens detained upon a governmental entity's authority.

22.    The City of Chickasaw, the arresting, detaining and prosecuting governmental authority, had an obligation to provide Carlos Lens with his rights, as the City's pretrial detainee, under the Fourteenth Amendment, including without limitation, the right to be free from the pattern of neglect, mistreatment, and abuse stated hereinabove.

23.    The failure to accord Carlos Lens these rights was a proximate cause of his death and the City of Chickasaw is liable based on its own actions and under theories of respondeat superior and vicarious liability

24.    The City of Chickasaw's malice and reckless indifference, through its agents and employees, toward detained citizens such as Carlos Lens, gives rise to

7

Plaintiff's entitlement to punitive damages.

## Count III
## Fourteenth Amendment violations (Chief Michael E. Reynolds)

25.     The Plaintiff realleges all of the allegations contained in the foregoing paragraphs and incorporates the same herein by reference.

26.     Former Chief Reynolds' unconstitutional customs or practices in running the Chickasaw Police Department and the Chickasaw City Jail were so consistent, pervasive and continuous that the Chief's policy makers must have known of it, so that by their acquiescence such policy or custom had acquired the force of law without formal adoption or announcement.   Except for such policy or custom, the death of Carlos Lens would not have occurred.

27.     Reynolds failure to properly staff and to adequately hire, train, manage, supervise and instruct the police officers and jail facility staff defendants led to and was a proximate cause of the death of Carlos Lens and Reynold's failure constituted an unconstitutional custom or practice.

28.     Reynolds failed to enforce the Chickasaw City Jail's SOPs and failed to operate the jail in accordance with the SOPs, but rather, allowed, permitted, and/or tolerated the jail staff disregarding the SOPs in certain critical areas, and allowed, permitted and/or tolerated the actual custom and practice of operating and managing

8

DOCUMENT 2

the Chickasaw City Jail in these areas to differ from and violate the SOPs.   In so acting, Reynolds thereby caused the Chickasaw City Jail to be operated in a manner inconsistent with, and in violation of, the Fourteenth Amendment to the U.S. Constitution.

29.    This conduct of Reynolds was a proximate cause of the death of Carlos Lens.

## COUNT IV
## Wrongful Death – State Law Claim
## (all of the defendants, including fictitious parties)

30.    The Plaintiff realleges all of the allegations contained in the foregoing paragraphs and incorporates the same herein by reference.

31.    The plaintiff brings this count pursuant to Ala. Code (1975) § 6-5-410, the Alabama Wrongful Death Statute, against individual defendants Michael E. Reynolds, Officer C. Robinson, A, B, C, D, E, F, G, and H, and the City of Chickasaw.

32.    The defendants owed a duty of care to Carlos Lens to protect him from harm and injury while in their custodial care.   Said defendants breached that duty by negligently or wantonly permitting Carlos Lens to suffer abuse or inadequate care and treatment while in their custody.   As a result of the defendants' conduct, Carlos Lens died in the Chickasaw City Jail only a few hours after being arrested.

9

DOCUMENT 2

33.   All of the defendants proximately caused the death of Carlos Lens in one or more of the following ways:

a)   Physically abusing Carlos Lens;

b)   Allowing other defendants to physically abuse Carlos Lens;

c)   Failing to obtain medical treatment for Carlos Lens or to transport him to a facility that could provide adequate medical treatment;

d)   Failing to administer proper or timely emergency treatment to Carlos Lens;

e)   Failing to have adequate personnel or properly trained personnel on duty at the Chickasaw City Jail while Carlos Lens was detained there;

f)   Failing to properly hire, train or supervise other defendants;

g)   Failing to properly monitor Carlos Lens while he was incarcerated;

h)   Failing to implement, follow, or require other defendants to follow standard operating procedures for the monitoring or treatment of inmates at the Chickasaw City Jail;

i)   Failing to recognize that Carlos Lens was in distress and needed medical treatment;

j)   Failing to properly train, manage, supervise or instruct other defendants so that they were aware of and abided by Chickasaw City Jail standard

operating procedures that were in compliance with state and federal law;

k)   Failing to abide by Chickasaw City Jail standard operating procedures that were in compliance with state and federal law;

l)   Establishing or allowing customs and practices at the Chickasaw City Jail that were not compliant with Chickasaw City Jail's standard operating procedures;

m)   Failing to insure the health and safety of Carlos Lens while he was detained and incarcerated on May 27, 2016;

n)   The City of Chickasaw underfunded the Chickasaw City Jail, resulting in inadequate monitoring of inmates, including Carlos Lens; and

o)   The City of Chickasaw failed to properly hire, train, monitor, instruct and supervise its employees and agents.

## **RELIEF SOUGHT**

As relief, the Plaintiff seeks the following:

a)   That he be awarded such damages as are allowed by law against the City of Chickasaw and as a jury shall determine from the evidence he is entitled to recover;

b)   That he be awarded against the other individual defendants such punitive damages as a jury shall determine from the evidence he is entitled to recover;

11

c)   That he be awarded prejudgment and post judgment interest at the highest rates allowed by law;

d)   That he be awarded the costs of this action, reasonable attorneys' fees, and reasonable expert witness fees; and

e)   That he be awarded such other and further relief to which he is justly entitled.

Dated:   May 26, 2018

_Carlos Reixach_
CARLOS FERNANDO REIXACH MUREY,
Plaintiff on behalf of the estate of Carlos Lens
Fernandez a/k/a Carlos Lens

STATE OF ALABAMA)
COUNTY OF MOBILE)

Personally appeared before me, a Notary Public, in and for said County and State, CARLOS FERNANDO REIXACH MUREY, who is known to me, or who provided sufficient identity for me to ascertain his identity and who, after being first duly sworn, deposed and said that he has read the foregoing Complaint and, to his knowledge, information and belief, the statements contained therein are true and correct.

GIVEN under my hand and official seal this _26_ day of _May_____, 2018.

_M. Uschmann_
NOTARY PUBLIC, STATE AT LARGE

My Commission Expires: _6/20/2020_

Respectfully submitted,

_Robert E. Rone_
Robert E. Rone (RON007)
3808 Moffett Rd.
Mobile, Alabama 36618
Telephone: (251) 460-4405
Facsimile:   (251) 460-4406
E-mail: _robertrone333@aol.com_

_Attorney for the Plaintiff_

12

**PLAINTIFF REQUESTS A TRIAL BY JURY**
**OF ALL ISSUES TRIABLE BY A JURY**

**Please serve Defendant, <u>City of Chickasaw, Alabama</u>, at the following address:**
    City of Chickasaw, Alabama
    224 N. Craft Highway
    Chickasaw, Alabama   36611

**Please serve Defendant, <u>Michael E. Reynolds</u>, at the following address:**
    Michael E. Reynolds
    215 2nd Street
    Chickasaw, Alabama 36611

**Please serve Defendant, <u>Officer C. Robinson</u>, at the following address:**
    Officer C. Robinson
    c/o the Chickasaw Police Department
    8 Lange Drive
    Chickasaw, Alabama 36611

STATE OF ALABAMA    )
                            )

COUNTY OF MOBILE    )

### AFFIDAVIT OF YENNY MUREY

My name is Yenny Murey.  I was the wife of Carlos Lens.  We were married in Chickasaw, Alabama, in February 23, 2015.

My husband was incarcerated in the jail in Chickasaw, Alabama on May 27, 2016, and he died while in custody on that date, due to negligence and wanton conduct of the employees of the City of Chickasaw and the Chickasaw Police Department.  The negligence/wantonness consisted of the following:

1) Failure to adequately supervise and monitor the care of Carlos Lens while in jail in Chickasaw, Alabama;

2) Failure to follow established standards of care in monitoring the care and health of individuals in custody, including Carlos Lens, while incarcerated;

3) Failure to protect Carlos Lens from assault and battery while incarcerated;

4) Failure to protect Carlos Lens from violence from others while incarcerated;

5) Violation of his due process of rights under the Fourth and Fourteenth Amendments of the U.S. Constitution; and

6) Violation of rights afforded him under 42 U.S.C. Section 1983.


_____
YENNY MUREY

Recived - Rainad Stuiban
11/22/16  2:30pm  City Clerk

Exhibit 1

DOCUMENT 2

STATE OF ALABAMA        )
                        )
COUNTY OF MOBILE        )

## ACKNOWLEDGEMENT

I, *Frela G. Wojciechowski*, a Notary Public, in and for said State and County, do hereby certify that YENNY MUREY, whose name is signed the foregoing Affidavit, and who is known before me, acknowledged before me on this the 22nd day of November, 2016, the contents of the Affidavit, she executed the same voluntarily on this the same bears date.

Given under my hand and official seal, this the 22nd day of November, 2016.

_____
NOTARY PUBLIC

My Commission Expires: 8-25-2019

2

## IN THE PROBATE COURT OF MOBILE COUNTY, ALABAMA

IN THE MATTER OF

CASE NO. 2018-1071

CARLOS LENS FERNANDEZ,

Deceased.

### ORDER

Petition for letters of administration dated May 23, 2018 of the above named decedent is hereby **GRANTED** this date.  Bond in the amount of $20,000.00 is hereby taken and approved. Letters of Administration shall issue forthwith to CARLOS FERNANDO REIXACH MUREY, as prayed.

It is further **ORDERED** that the Personal Representative shall not deposit with his legal counsel, and legal counsel shall not receive, any funds or other assets of this estate which exceed the total sum/value of $10,000 without prior approval of the Court.  Any estate funds appropriately held by legal counsel shall be placed in an interest account unless said funds are to be disbursed within forty-five (45) days of receipt by legal counsel.

The Personal Representative is **ORDERED** to report to the Court if any litigation involving a wrongful death or personal injury claim is commenced in another court.  If same is reported, the Personal Representative shall file with this Court a petition to determine the heirs of the decedent.

It is further ORDERED as follows:

**Inventory due July 9, 2018, at 3:30 p.m.**

**Handbook Certificate due July 9, 2018 at 3:30 p.m.**

**Annual partial settlement and accounting due May 24, 2019**

Dated this 24th day of May, 2018.



_____

**DON DAVIS, Judge of Probate**

Exhibit 2

THE STATE OF ALABAMA

COUNTY OF MOBILE

COURT OF PROBATE

CASE NO.  2018-1071

RE: CARLOS LENS FERNANDEZ, DECEASED

## LETTERS OF ADMINISTRATION

Letters of Administration of the Estate of CARLOS LENS FERNANDEZ, are hereby granted to CARLOS FERNANDO REIXACH MUREY, who has duly qualified and given bond as such Personal Representative and is authorized to administer such estate with authority to take actions as set forth in §43-2-830, et seq. (1975). The powers and duties of said Personal Representative specifically include, but are not limited to, gathering and retaining estate assets, preparing an inventory of estate assets, paying taxes, uncontested claims, fees, and expenses, including court costs, incident to the administration of the estate.  The authority of the Personal Representative is restricted as follows:

**Restrictions:**
**(1) With the exception of wrongful death matters, the Personal Representative shall not distribute any monies or estate assets to heirs, legatees, and/or beneficiaries resulting from litigation or settlement of litigation without prior Court approval.**
**(2) Personal Representative must immediately report to the Court the receipt of any monies or assets which were not reported in the initial inventory and/or are received while these Letters are in effect.**

Ordered this 24th day of May, 2018.

_DON DAVIS_, Judge of Probate

**CERTIFIED COPY**
**DON DAVIS, JUDGE OF PROBATE**
**MOBILE COUNTY, ALABAMA**

By: _____
C. MARK ERWIN, Chief Clerk

Exhibit 2

# Exhibit 3



AlaFile E-Notice

02-CV-2018-901354.00

To:  ROBERT EARL RONE
     robertrone333@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following complaint was FILED on 5/26/2018 5:20:35 PM

Notice Date:      5/26/2018 5:20:35 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

To:  CITY OF CHICKASAW, ALABAMA
     224 NORTH CRAFT HIGHWAY
     CHICKASAW, AL, 36611

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following complaint was FILED on 5/26/2018 5:20:35 PM

Notice Date:       5/26/2018 5:20:35 PM

Service by sheriff in 02 - MOBILE County

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

To:  MICHAEL E REYNOLDS
215 2ND STREET
CHICKASAW, AL, 36611

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following complaint was FILED on 5/26/2018 5:20:35 PM

Notice Date:      5/26/2018 5:20:35 PM

Service by sheriff in 02 - MOBILE County

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

To:  C ROBINSON
8 LANG DRIVE
CHICKASAW, AL, 36611

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following complaint was FILED on 5/26/2018 5:20:35 PM

Notice Date:      5/26/2018 5:20:35 PM

Service by sheriff in 02 – MOBILE County

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# Exhibit 4

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2018-901354.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL

**NOTICE TO:** CITY OF CHICKASAW, ALABAMA, 224 NORTH CRAFT HIGHWAY, CHICKASAW, AL 36611
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ROBERT EARL RONE                                                                                                                ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3808 Moffett Rd., MOBILE, AL 36618                                          .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                        *[Name(s)]*

| 5/26/2018 5:20:35 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.       _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*                           *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____
*(Address of Server)*

_____        _____
*(Type of Process Server)*        *(Server's Signature)*          _____

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2018-901354.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL

**NOTICE TO:** MICHAEL E REYNOLDS, 215 2ND STREET, CHICKASAW, AL 36611

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
ROBERT EARL RONE                                                                                                                      ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3808 Moffett Rd., MOBILE, AL 36618                                                                .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                                        *[Name(s)]*

| 5/26/2018 5:20:35 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.     _____

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____                    _____
*(Type of Process Server)*                 *(Server's Signature)*          *(Address of Server)*

_____                    _____
*(Server's Printed Name)*                  *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2018-901354.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL

**NOTICE TO:** C ROBINSON, 8 LANG DRIVE, CHICKASAW, AL 36611

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROBERT EARL RONE                                                                                              ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 3808 Moffett Rd., MOBILE, AL 36618                                            .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.                                    *(Name(s))*

| 5/26/2018 5:20:35 PM | /s/ JOJO SCHWARZAUER | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.       _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____ 

_____          *(Address of Server)*

*(Type of Process Server)*       *(Server's Signature)*       _____

_____

*(Server's Printed Name)*       *(Phone Number of Server)*

# Exhibit 5

DOCUMENT 3

Revised 1-1-04; 4-1-99; 11-1-99

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

_____ *

_____ *

Plaintiff(s)                           *

vs.                                    *     CIVIL ACTION NO. _____

                                       *     DATE COMPLAINT FILED _____

_____ *

_____ *

Defendant(s)

## ASSIGNMENT TO EXPEDIATED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

### OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

### DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

### MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)    The date the complaint was filed;

(2)     That the issues in the case have been defined and joined;

(3)     That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)     That a jury trial has or has not been demanded;

(5)     The expected length of the trial expressed in hours and/or days;

(6)     A brief description of the plaintiff's claim;

(7)     The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)     That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)     That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)    That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar):

GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, It is ORDERED by the Court that the following will apply:

1.   EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.   Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.   Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.   Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.   DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.   If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.   Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.   The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.   DAMAGES

a.   All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.   Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.   AGENCY-TIME AND PLACE-DUTY

a.   Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.    EXPERTS

a.    Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.    Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.    Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.    Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.    JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.    DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.    MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.   CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

Presiding Judge, John R. Lockett

# Exhibit 6



DOCUMENT 6



# Mobile County Sheriff's Office

## CV 2018 901354. 00

## CARLOS FERNANDO REIXACH MUREY VS CITY OF CHICKASAW, ALABAMA ET AL

## COMPLAINT-SUMMONS

## REYNOLDS, MICHAEL E

## 215 2ND STREET CHICKASAW, AL 36611

Due By:

Date Served:

Service Attempt:      06/01/2018

Action:      [X] Service Attempt      [ ] Paper Served      [ ] Drop Deputized

No Contact:      [ ] Left Card      [ ] Other (see notes)

Not Found:      [ ] Moved - New Residence      [X] Moved - Unknown Location      [ ] Deceased      [ ] Vacant Residence / Lot

[ ] Not Employed      [ ] NIT (Not in Territory)      [ ] RWA (Recalled W/O Action)      [ ] CTO (Come to Office)

[ ] Other (see notes)      [ ] No Property Found      [ ] Address Does Not Exist

[ ] Subject Unknown at this Address      [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service      [ ] Not Found-Deputy Not Allowed on Property

Served To:                                          Location Served:      [ ] Listed      [ ] Other

Deputized Person:                                          Location:

Notes:

06/01/2018 08:33 - NF / MOVED UNK LOCATION PER CURRENT RESIDENT

[ ] Avoiding Service      [ ] Deputized Person      [ ] Posted on Property      [ ] Executed      [ ] Refused Service

RETURNED 06/05/2018
Not Found in My County After Diligent Search and inquiry.

By: _____          D.S. Copy mailed to defendant on  _____

NIXON, JOHN ELTON

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

# Exhibit 7



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  RONE ROBERT EARL
     robertrone333@aol.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was not served on 6/5/2018

**D002 REYNOLDS MICHAEL E**

**Corresponding To**

PARTY MOVED

06/01/2018 08:33 - NF / MOVED UNK LOCATION PER CURRENT RESIDENT^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  CITY OF CHICKASAW, ALABAMA (PRO SE)
     224 NORTH CRAFT HIGHWAY
     CHICKASAW, AL, 36611-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was not served on 6/5/2018

**D002 REYNOLDS MICHAEL E**

**Corresponding To**

PARTY MOVED

06/01/2018 08:33 - NF / MOVED UNK LOCATION PER CURRENT RESIDENT^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  REYNOLDS MICHAEL E (PRO SE)
215 2ND STREET
CHICKASAW, AL, 36611-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was not served on 6/5/2018

**D002 REYNOLDS MICHAEL E**

**Corresponding To**

PARTY MOVED

06/01/2018 08:33 - NF / MOVED UNK LOCATION PER CURRENT RESIDENT^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To: ROBINSON C (PRO SE)
8 LANG DRIVE
CHICKASAW, AL, 36611-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was not served on 6/5/2018

**D002 REYNOLDS MICHAEL E**

**Corresponding To**

PARTY MOVED

06/01/2018 08:33 - NF / MOVED UNK LOCATION PER CURRENT RESIDENT^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# Exhibit 8



DOCUMENT 8

# Mobile County Sheriff's Office

## CV 2018 901354. 00

## CARLOS FERNANDO REIXACH MUREY VS CITY OF CHICKASAW, ALABAMA ET AL

## COMPLAINT-SUMMONS

## CITY OF CHICKASAW, ALABAMA

## 224 NORTH CRAFT HIGHWAY CHICKASAW, AL 36611

Due By:

Date Served:    06/05/2018

Service Attempt:

| Action: | [ ] Service Attempt | [X] Paper Served | [ ] Drop Deputized |

| No Contact: | [ ] Left Card | [ ] Other (see notes) |

Not Found:
[ ] Moved - New Residence  [ ] Moved - Unknown Location  [ ] Deceased  [ ] Vacant Residence / Lot
[ ] Not Employed  [ ] NIT (Not in Territory)  [ ] RWA (Recalled W/O Action)  [ ] CTO (Come to Office)
[ ] Other (see notes)  [ ] No Property Found  [ ] Address Does Not Exist
[ ] Subject Unknown at this Address  [ ] Not Found After Diligent Search
[ ] Not Found-Too Late For Service  [ ] Not Found-Deputy Not Allowed on Property

Served To:    RACHEL STUBBS, CITY CLERK                Location Served: [X] Listed   [ ] Other

Deputized Person:                                     Location:

Notes:

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Executed   [ ] Refused Service

I certify that I personally delivered to CITY OF CHICKASAW, ALABAMA on 06/05/2018 by service on RACHEL STUBBS, CITY CLERK

By: _____    D.S. Copy mailed to defendant on _____

NIXON, JOHN ELTON

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

# Exhibit 9



DOCUMENT 9

# Mobile County Sheriff's Office

## CV 2018 901354. 00

## CARLOS FERNANDO REIXACH MUREY VS CITY OF CHICKASAW, ALABAMA ET AL

## COMPLAINT-SUMMONS

## ROBINSON, C

## 8 LANG DRIVE CHICKASAW, AL 36611

Due By:

Date Served:    06/06/2018

Service Attempt:

Action:       [ ] Service Attempt   [X] Paper Served   [ ] Drop Deputized

No Contact:   [ ] Left Card   [ ] Other (see notes)

Not Found:    [ ] Moved - New Residence   [ ] Moved - Unknown Location   [ ] Deceased   [ ] Vacant Residence / Lot

[ ] Not Employed   [ ] NIT (Not in Territory)   [ ] RWA (Recalled W/O Action)   [ ] CTO (Come to Office)

[ ] Other (see notes)   [ ] No Property Found   [ ] Address Does Not Exist

[ ] Subject Unknown at this Address   [ ] Not Found After Diligent Search

[ ] Not Found-Too Late For Service   [ ] Not Found-Deputy Not Allowed on Property

Served To:   ROBINSON, C                    Location Served:   [X] Listed   [ ] Other

Deputized Person:                            Location:

Notes:

06/06/2018 11:45 - SERVED TO CATHY ROBINSON

[ ] Avoiding Service   [ ] Deputized Person   [ ] Posted on Property   [ ] Executed   [ ] Refused Service

I certify that I personally delivered to ROBINSON C on 06/06/2018

By: _____   D.S. Copy mailed to defendant on  _____

NIXON, JOHN ELTON

MCSO Civil Division
510 S. Royal St.
Mobile, AL 36603
(251) 574-2423

Exporter

# Exhibit 10



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  RONE ROBERT EARL
     robertrone333@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/5/2018

**D001 CITY OF CHICKASAW, ALABAMA**
**Corresponding To**
SERVED PERSONALLY

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To: CITY OF CHICKASAW, ALABAMA (PRO SE)
224 NORTH CRAFT HIGHWAY
CHICKASAW, AL, 36611-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/5/2018

**D001 CITY OF CHICKASAW, ALABAMA**
**Corresponding To**
SERVED PERSONALLY

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  REYNOLDS MICHAEL E (PRO SE)
215 2ND STREET
CHICKASAW, AL, 36611-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/5/2018

**D001 CITY OF CHICKASAW, ALABAMA**
**Corresponding To**
SERVED PERSONALLY

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  ROBINSON C (PRO SE)
8 LANG DRIVE
CHICKASAW, AL, 36611-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/5/2018

**D001 CITY OF CHICKASAW, ALABAMA**
**Corresponding To**
SERVED PERSONALLY

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# Exhibit 11



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:   RONE ROBERT EARL
      robertrone333@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/6/2018

**D003 ROBINSON C**

**Corresponding To**

SERVED PERSONALLY

06/06/2018 11:45 - SERVED TO CATHY ROBINSON^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To: CITY OF CHICKASAW, ALABAMA (PRO SE)
224 NORTH CRAFT HIGHWAY
CHICKASAW, AL, 36611-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/6/2018

**D003 ROBINSON C**

**Corresponding To**

SERVED PERSONALLY

06/06/2018 11:45 - SERVED TO CATHY ROBINSON^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  REYNOLDS MICHAEL E (PRO SE)
215 2ND STREET
CHICKASAW, AL, 36611-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/6/2018

**D003 ROBINSON C**

**Corresponding To**

SERVED PERSONALLY

06/06/2018 11:45 - SERVED TO CATHY ROBINSON^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:  ROBINSON C (PRO SE)
8 LANG DRIVE
CHICKASAW, AL, 36611-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was served on 6/6/2018

**D003 ROBINSON C**

**Corresponding To**

SERVED PERSONALLY

06/06/2018 11:45 - SERVED TO CATHY ROBINSON^

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# Exhibit 12



AlaFile E-Notice

02-CV-2018-901354.00

Judge: JUDGE RICK STOUT

To:   MELISSA GAIL PIGG
      mhunter@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL
02-CV-2018-901354.00

The following matter was FILED on 6/15/2018 3:42:22 PM

**D001 CITY OF CHICKASAW, ALABAMA**
**D002 REYNOLDS MICHAEL E**
**D003 ROBINSON C**
NOTICE OF FILING OF NOTICE OF REMOVAL
[Filer: HUNTER MELISSA PIGG]

Notice Date:     6/15/2018 3:42:22 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 12

ELECTRONICALLY FILED
6/15/2018 3:42 PM
02-CV-2018-901354.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| STATE OF ALABAMA | Revised 3/5/08 | Cas... |
|---|---|---|
| Unified Judicial System | | |
| 02-MOBILE | ☐ District Court  ☑ Circuit Court | CV2... |

| CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL | **CIVIL MOTION COVER SHEET** |
|---|---|
| | Name of Filing Party: D001 - CITY OF CHICKASAW, ALABAMA  D002 - REYNOLDS MICHAEL E  D003 - ROBINSON C |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

MELISSA GAIL PIGG
P.O. BOX 16629
MOBILE, AL 36616
*Attorney Bar No.:* PIG003

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other    Notice of Filing of Notice of Removal |
| | pursuant to Rule 28 USC 1446    (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 6/15/2018 3:40:29 PM | Signature of Attorney or Party /s/ MELISSA GAIL PIGG |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
6/15/2018 3:42 PM
02-CV-2018-901354.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

CAROLOS FERNANDO REIXACH
MUREY, as Administrator for the
Estate of Carlos Iens Fernandez, a/k/a
Carlos Lens,

     Plaintiff,

v.

THE CITY OF CHICKASAW, et al.,

     Defendants.

CIVIL ACTION NO.: CV-2018-901354

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that Defendants, the City of Chickasaw, Michael E. Reynolds, and Officer C. Robinson, have on this date filed a notice of removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Southern District of Alabama, Southern Division. Pursuant to 28 U.S.C. § 1446(d), the filing of such notice effects the removal of this action and mandates that this Court shall proceed no further unless and until this case is remanded.

     **s/Melissa P. Hunter**
     ANDREW J. RUTENS  (RUT009)
     arutens@gallowayllp.com
     MELISSA P. HUNTER  (PIG003)
     mhunter@gallowayllp.com
     GALLOWAY, WETTERMARK & RUTENS, LLP
     Post Office Box 16629
     Mobile, Alabama  36616-0629
     PH: (251)476-4493; FX: (251)479-5566
     *Attorneys for the City of Chickasaw, Michael E.*
     *Reynolds, and Officer C. Robinson*

DOCUMENT 13

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

Robert E. Rone

**s/Melissa P. Hunter**

DOCUMENT 13

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CAROLOS FERNANDO REIXACH
MUREY, as Administrator for the
Estate of Carlos lens Fernandez, a/k/a
Carlos Lens,

      Plaintiff,

v.

THE CITY OF CHICKASAW, et al.,

      Defendants.

CIVIL ACTION NO.: 1:18-CV-00275

### NOTICE OF REMOVAL

    Defendants, City of Chickasaw, Michael E. Reynolds, and Officer C. Robinson, hereby give notice of the removal of this action from the Circuit Court of Mobile County to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

    1.    This case was filed in the Circuit Court of Mobile County against the above defendant on or about May 26, 2018.

    2.    Plaintiffs assert claims against Defendants City of Chickasaw, Michael E. Reynolds, and Officer C. Robinson for alleged violations of the Fourteenth Amendment to the Constitution of the United States.

    3.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331; therefore, this action is removable pursuant to 28 U.S.C. § 1441(a).

    4.    Pursuant to 28 U.S.C. § 1441(a) the case is removable and the Court has jurisdiction over the claims asserted in the complaint.

DOCUMENT 13

5.     Filed concurrently herewith are copies of all process, pleadings, and orders served upon these Defendants in compliance with 28 U.S.C. § 1446(a).

6.     This notice of removal is signed by counsel for the above-named Defendants pursuant to Rule 11 of the Federal Rules of Civil Procedure.

<u>**s/Melissa P. Hunter**</u>
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
MELISSA P. HUNTER  (HUNTM3367)
mhunter@gallowayllp.com
GALLOWAY, WETTERMARK
    & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: (251)476-4493
FX: (251)479-5566
*Attorneys for The City of Chickasaw, Michael
E. Reynolds, and Officer C. Robinson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Robert E. Rone

<u>**s/Melissa P. Hunter**</u>

DOCUMENT 13

JS 44 (Rev. 06/17)
## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Carlos Fernando Reixach Murey, as Administrator for the Estate of Carlos Iens Fernandez, a/k/a Carlos Lens,

### DEFENDANTS
The City of Chickasaw, Alabama, Michael E. Reynolds, and Officer C. Robinson

**(b)** County of Residence of First Listed Plaintiff     Mobile
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Mobile
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert E. Rone, Esq., 3808 Moffett Road, Mobile, AL 36618
(251) 460-4405

Attorneys *(If Known)*
Andrew J. Rutens and Melissa P. Hunter, Galloway, Wettermark & Rutens, LLP, Post Office Box 16629, Mobile, Alabama 36616-0629

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)                                and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. 1983
Brief description of cause:
14th Amedment Violation under 42 U.S.C. 1983

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE   6/15/18

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

DOCUMENT 13

# Exhibit 13

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: KATHRYN FORD



**County:** 02     **Case Number:** CV-2018-901354.00     **Court Action:**
**Style:** CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL

Real Time

### Case

#### Case Information

| | | | |
|---|---|---|---|
| County: | 02-MOBILE | Case Number: | CV-2018-901354.00 | Judge: | RPS:JUDGE RICK STOUT |
| Style: | CARLOS FERNANDO REIXACH MUREY V. CITY OF CHICKASAW, ALABAMA ET AL | | |
| Filed: | 05/26/2018 | Case Status: | ACTIVE | Case Type: | WRONGFUL DEATH |
| Trial Type: | JURY | Track: | FAST | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 3 | |

#### Damages

| | | | |
|---|---|---|---|
| Damage Amt: | 1000000.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | |
| Date Trial Began but No Verdict (TBNV2): | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subponeas: | | Last Update: | 05/30/2018 | Updated By: | RUP |

### Settings

#### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 02/22/2019 | 001 | 09:00 AM | READ - CERT TO BE FILED |

### Parties

**Party 1 - Plaintiff OTHER - REIXACH MUREY CARLOS FERNANDO**

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | REIXACH MUREY CARLOS FERNANDO | Type: | O-OTHER |
| Index: | D CITY OF CHIC | Alt Name: | | Hardship: No | JID: RPS |
| Address 1: | 527 LOVE DRIVE | | | Phone: (337) 292-3467 | |
| Address 2: | | | | | |
| City: | SARALAND | State: | AL | Zip: 36571-0000 | Country: US |
| SSN: | XXX-XX-X027 | DOB: | 07/06/1991 | Sex: M | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | | Issued Type: | Reissue: | Reissue Type: | |
| Return: | | Return Type: | Return: | Return Type: | |
| Served: | | Service Type | Service On: | Served By: | |
| Answer: | | Answer Type | Notice of No Service: | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | RON007 | | RONE ROBERT EARL | ROBERTRONE333@AOL.COM | (251) 460-4405 |

### Party 2 - Defendant GOVERNMENT - CITY OF CHICKASAW, ALABAMA

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | CITY OF CHICKASAW, ALABAMA | Type: | G-GOVERNMENT |
| Index: | C REIXACH MURE | Alt Name: | | Hardship: No | JID: RPS |
| Address 1: | 224 NORTH CRAFT HIGHWAY | | | Phone: (251) 452-6450 | |
| Address 2: | | | | | |
| City: | CHICKASAW | State: | AL | Zip: 36611-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 05/26/2018 | Issued Type: S-SHERIFF | | Reissue: | Reissue Type: | |
| Return: | Return Type: | | Return: | Return Type: | |
| Served: 06/05/2018 | Service Type S-SERVED PERSONALLY | Service On: | Served By: | |

| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |
|---|---|---|---|

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - REYNOLDS MICHAEL E

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | REYNOLDS MICHAEL E | | Type: | I-INDIVIDUAL |
| Index: | C REIXACH MURE | Alt Name: | | Hardship: No | JID: | RPS |
| Address 1: | 215 2ND STREET | | | Phone: | (251) 287-6061 | |
| Address 2: | | | | | | |
| City: | CHICKASAW | State: | AL | Zip: | 36611-0000 Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 05/26/2018 | Issued Type: | S-SHERIFF | Reissue: | Reissue Type: |
| Return: | 06/05/2018 | Return Type: | M-PARTY MOVED | Return: | Return Type: |
| Served: | | Service Type | | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant INDIVIDUAL - ROBINSON C

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | ROBINSON C | | Type: | I-INDIVIDUAL |
| Index: | C REIXACH MURE | Alt Name: | | Hardship: No | JID: | RPS |
| Address 1: | 8 LANG DRIVE | | | Phone: | (251) 452-0571 | |
| Address 2: | | | | | | |
| City: | CHICKASAW | State: | AL | Zip: | 36611-0000 Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | F | Race: |



## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 05/26/2018 | Issued Type: **S-SHERIFF** | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 06/06/2018 | Service Type **S-SERVED PERSONALLY** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $19.25 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $315.00 | $315.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERA | C001 | 000 | $20.00 | $20.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $480.00 | $499.25 | -$19.25 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2018 | CREDIT | CONV | 2018182 | 4587580 | $19.25 | C001 | 000 | | N | | | CHC |
| 06/07/2018 | RECEIPT | CV05 | 2018182 | 4587590 | $315.00 | C001 | 000 | | N | | | CHC |
| 06/07/2018 | RECEIPT | JDMD | 2018182 | 4587600 | $100.00 | C001 | 000 | | N | | | CHC |
| 06/07/2018 | RECEIPT | SERA | 2018182 | 4587610 | $20.00 | C001 | 000 | | N | | | CHC |
| 06/07/2018 | RECEIPT | VADM | 2018182 | 4587700 | $45.00 | C001 | 000 | | N | | | CHC |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 5/26/2018 | 5:20 PM | ECOMP | COMPLAINT E-FILED. | RON007 |
| 5/26/2018 | 5:21 PM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | FILE | FILED THIS DATE: 05/26/2018        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | ASSJ | ASSIGNED TO JUDGE: RODERICK P. STOUT        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | TDMJ | JURY TRIAL REQUESTED        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | AJA |
| 5/26/2018 | 5:21 PM | ORIG | ORIGIN: INITIAL FILING        (AV01) | AJA |

| 5/26/2018 | 5:21 PM | C001 | C001 PARTY ADDED: REIXACH MUREY CARLOS FERNANDO | AJA |
|---|---|---|---|---|
| 5/26/2018 | 5:21 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | C001 | LISTED AS ATTORNEY FOR C001: RONE ROBERT EARL | AJA |
| 5/26/2018 | 5:21 PM | C001 | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D001 | D001 PARTY ADDED: CITY OF CHICKASAW, ALABAMA(AV02) | AJA |
| 5/26/2018 | 5:21 PM | D001 | INDIGENT FLAG SET TO:          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D001 | SHERIFF ISSUED: 05/26/2018 TO D001          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D001 | D001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D002 | D002 PARTY ADDED: REYNOLDS MICHAEL E          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D002 | SHERIFF ISSUED: 05/26/2018 TO D002          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D002 | D002 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D003 | D003 PARTY ADDED: ROBINSON C          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D003 | D003 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 5/26/2018 | 5:21 PM | D003 | SHERIFF ISSUED: 05/26/2018 TO D003          (AV02) | AJA |
| 5/29/2018 | 8:16 AM | ESERV | SERVICE DOCUMENT - PRE TRIAL ORDER | RUP |
| 5/30/2018 | 10:49 AM | TRAC | CASE ASSIGNED TO: FAST     TRACK          (AV01) | RUP |
| 5/30/2018 | 10:49 AM | DAT4 | FOR: CERT TO BE FILED ON 02/22/2019 @ 0900A (AV01) | RUP |
| 6/5/2018 | 3:05 AM | ESERC | SERVICE RETURN | |
| 6/5/2018 | 3:05 AM | D002 | RETURN OF PARTY MOVED ON 06/05/2018 FOR D002(AV02) | AJA |
| 6/8/2018 | 3:06 AM | D001 | SERVICE OF SERVED PERSON ON 06/05/2018 FOR D001 | AJA |
| 6/8/2018 | 3:06 AM | ESERC | SERVICE RETURN | |
| 6/8/2018 | 3:06 AM | D003 | SERVICE OF SERVED PERSON ON 06/06/2018 FOR D003 | AJA |
| 6/8/2018 | 3:06 AM | ESERC | SERVICE RETURN | |
| 6/15/2018 | 3:42 PM | EMOT | D001-D002-D003-OTHER - NOTICE OF FILING OF NOTICE OF REMOVAL FILED. | PIG003 |

*END OF THE REPORT*