IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS FERNANDO REIXACH MUREY, as Administrator for the Estate for Carlos Lens Fernandez, a/k/a Carlos Lens, Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | CIVIL ACTION 1:18-00275-KD-N |
| THE CITY OF CHICKASAW, *et al.*, Defendants. | ) ) ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated October 19, 2018 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that that Murey's Motion for Time to Conduct Discovery to Determine Identities of Fictitious Parties (Doc. 8) is **DENIED** as **MOOT**, and that Murey's alternative Motion to Remand (Doc. 8) is **DENIED.**

**DONE** and **ORDERED** this the **8th** day of **November 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**